UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN EDWARDS,
A# 075–002–549,

      Petitioner,

v.                                                             4:20cv350–WS/MAF

WILLIAM P. BARR, et al.,

      Respondents.

_____

ORDER GRANTING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF

No. 11) docketed October 14, 2020. The magistrate judge recommends that

Petitioner's petition for writ of habeas corpus be granted. No objections to the

report and recommendation have been filed.

The court having reviewed the report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is

adopted and incorporated by reference in this order of the court.

2. Petitioner's petition (ECF No. 1) for writ of habeas corpus is GRANTED.

3. Petitioner shall be immediately released from custody upon conditions of

supervision pursuant to 8 U.S.C. § 1231(a)(3).

4. The clerk shall enter judgment stating: "Kevin Edwards's petition for writ

of habeas corpus is granted."

DONE AND ORDERED this ___17th___ day of ___November___, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE